IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| USA<br>v.<br>SEARCH WARRANT | Case No. 3:24-mj-741 (MEG) |

**GOVERNMENT'S MOTION TO CONTINUE SEALING**

The Government respectfully requests that the sealing in this matter be continued for an additional six months as the investigation remains on going. Premature disclosure of the contents of the sealed documents could result in the destruction of evidence and could frustrate the investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date.

Respectfully submitted,

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

　　　/s/
JOHN T. PIERPONT
ASSISTANT U.S. ATTORNEY
Fed Bar No. phv07973
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700